MARK MORETTI, ETC., ET AL. v. EUGENE
PUDBERRY, M.D., ET AL.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT A. CUMBER.

March 25, 1986.

Petition for certification denied.

ANCHOR SAVINGS BANK, FSB NJ v. VIRGIL
POPESCU, ET AL.

March 25, 1986.

Petition for certification granted, limited solely to a determination of whether it was permissible for plaintiff bank to accelerate payment of all interest and credit life insurance on defendants' default in payment on a mortgage and note. The matter is summarily remanded to the Appellate Division for its consideration of this issue.

Jurisdiction is not retained.